

**NUMBER 13-18-00127-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

## IN THE INTEREST OF E. A., H. A., AND Z. A., MINOR CHILDREN

---

**On appeal from the 214th Court
of Nueces County, Texas.**

---

# ORDER

**Before Justices Rodriguez, Contreras, and Longoria
Order Per Curiam**

Counsel for appellee Persian Perez, the Honorable James M. Hendrex, has filed a motion to withdraw as counsel. We GRANT said motion. Pursuant to Rule 6.5(c) of the Texas Rules of Appellate Procedure, counsel is directed to notify appellee, in writing, of any previously undisclosed deadlines and file a copy of that notice with the Clerk of this Court.

Appellee is directed to notify the Court promptly if she retains new counsel on appeal by filing a notice including that attorney's name, mailing address, email address,

telephone number, facsimile number, and State Bar of Texas identification number. *See generally* TEX. R. APP. P. 6. In the interim, the Court expects this appeal to proceed as per the appellate rules. Appellee is expected to comply with all applicable deadlines and filings should comply with the Texas Rules of Appellate Procedure.

It is so ORDERED.

PER CURIAM

Delivered and filed the
21st day of March, 2018.